# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-2242 MRW | Date | May 3, 2016 |
| Title | Kyle v. Plaza Services | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: NOTICE OF DISMISSAL

    Plaintiff filed a notice of dismissal in this case. (Docket # 11.)  This action is dismissed in its entirety with prejudice.

    : 00

Initials of Preparer    vm